IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 49 CAROL LANE LP,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO GUERRA, et al.,<br><br>    Defendants. | Case No. 25-cv-02557-MMC<br><br>**ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION; REMANDING ACTION** |

Before the Court is the Report and Recommendation, filed May 8, 2025, by Magistrate Judge Lisa J. Cisneros, whereby Magistrate Judge Cisneros recommends that the above-titled action be remanded to state court, for lack of subject matter jurisdiction. No objection or other response has been filed.

Having fully considered the matter, the Court hereby ADOPTS in full the Report and Recommendation, and, accordingly, hereby REMANDS the above-titled action to the Superior Court of California, in and for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: August 25, 2025

MAXINE M. CHESNEY
United States District Judge